IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAFAEL A. LLOVERA,

    Plaintiff,

v.                              CASE NO. 4:10cv338-SPM/WCS

BROWARD SHERIFF'S OFFICE.

    Defendant.
_____/

**ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated September 1, 2010. Doc. 8. Plaintiff has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 9. Despite the objections, I have determined that the report and recommendation is correct and should be adopted. Plaintiff is advised that he cannot transfer a case on his own in an attempt to have a different judge decide it. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.     This case is transferred to the United States District Court for the

Southern District of Florida, Broward Division, for all further proceedings including review of all pending motions.

DONE AND ORDERED this 7th day of October, 2010.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge